JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NELSON BRESNAK,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CRAIG KOENIG, Warden,<br><br>　　　　　　Respondent. | Case No. 2:21-cv-03206-VAP (SK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED:　 6/1/23

_Virginia A. Phillips_

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE